December 03, 2010

Mr. William J. Chriss
Law Offices of William J. Chriss
48 East Avenue
Austin, TX 78701
Mr. Vaughan E. Waters
Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C.
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216-4741

RE: Case Number: 09-0683
 Court of Appeals Number: 13-07-00537-CV
 Trial Court Number: 04-3733-A

Style: CHRISTI BAY TEMPLE
 v.
 GUIDEONE SPECIALTY MUTUAL INSURANCE CO., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Patsy Perez |
| |Ms. Dorian E. |
| |Ramirez |